UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1460
_____

UNITED STATES OF AMERICA

v.

CLAUDIA LORENA MARQUEZ MORENO,
Appellant
_____

On Appeal from the District Court of the Virgin Islands
(Division of St. Thomas)
(D. C. No. 3-11-cr-00017-001)
District Judge: Honorable Curtis V. Gomez

Argued: December 3, 2012

Before: SMITH, HARDIMAN, and ROTH, *Circuit Judges*

_____

ORDER
_____


The dissenting opinion filed on July 3, 2013, is AMENDED as follows: The citation to "8 U.S.C. § 212," which appears in the fifth paragraph of the dissenting opinion on page 3, is amended to read "22 U.S.C. § 212."

By the Court:

/s/ D. Brooks Smith
U.S. Circuit Judge

DATED: August 15, 2013